AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

TIMOTHY ANDREW LAMB,

Plaintiff,

v.

CAMDEN COUNTY SHERIFF'S OFFICE, et al.,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 2:22-cv-017

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that pursuant to the Order dated June 6, 2022 adopting the Magistrate Judge's Report and Recommendation as the opinion of the Court, Plaintiff's complaint is dismissed, and Plaintiff is denied in forma pauperis status on appeal. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date: June 9, 2-22

John E. Triplett, Acting Clerk
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020